UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 3B

**Case #:** 3:26-MJ-1018  **Date:** 1/16/2026

United States of America  vs.  Alexander Bonilla-Servin

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Madison McCroskey | DCR | Grace Frey |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |

L. Cravens, S. Leveron

| David Lewen | Scott Queener | D. Eldridge |
|---|---|---|
| **Asst. U.S. Atty** | **U.S. Probation Officer** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for a ☐ preliminary hearing ☑ detention hearing. Hearing held.

☐ Defendant sworn.
☐ Parties agreed to conditions of release.
☑ Government requested detention of the defendant and arguments heard.
☑ Exhibits marked and admitted.
☐ Witnesses sworn and testimony heard.

**Court Findings:**

☐ Court found that there are conditions on which the defendant could be released pending further proceedings. Defendant agreed to conditions. Order Setting conditions of release to enter.
☐ Court found that there are no conditions on which the defendant can be released at this time and remanded the defendant to custody pending further proceedings.
☑ Court set an additional hearing and remanded the defendant to custody pending that hearing.
☐ Court took matter under advisement. Order to enter.

**Dates set at this hearing:**

☑ **Hearing to continue:** January 16, 2026 at 4:30 p.m.
☐ **Other Hearing:**

☑ Defendant remanded to custody.  ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 1:30 p.m.  to  3:13 p.m.

⦿ I, Madison McCroskey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 326mj1018 _ 20260116_ 130646

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:26-MJ-1018  **Date:** 1/16/2026

### United States of America vs. Alexander Bonilla-Servin

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| | | |
|---|---|---|
| Madison McCroskey | DCR | Grace Frey |
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |
| | | L. Cravens and S. Leveron |
| David Lewen | Scott Queener | D. Eldridge |
| **Asst. U.S. Atty** | **U.S. Probation Officer** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for a ☐ preliminary hearing ☑ detention hearing. Hearing held.

☐ Defendant sworn.
☐ Parties agreed to conditions of release.
☑ Government requested detention of the defendant and arguments heard.
☐ Exhibits marked and admitted.
☐ Witnesses sworn and testimony heard.

### Court Findings:

☑ Court found that there are conditions on which the defendant could be released pending further proceedings. Defendant agreed to conditions. Order Setting conditions of release to enter.
☐ Court found that there are no conditions on which the defendant can be released at this time and remanded the defendant to custody pending further proceedings.
☐ Court set an additional hearing and remanded the defendant to custody pending that hearing.
☐ Court took matter under advisement. Order to enter.

**Dates set at this hearing:**

☐ **Hearing to continue:**
☐ **Other Hearing:**

☐ Defendant remanded to custody.   ☑ Defendant released on Order Setting Conditions of Release.

**Time:** 4:30 p.m.  **to**  4:55 p.m.

⦿ I, Madison McCroskey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 326mj1018 _ 20260116_ 162029